**DENY and Opinion Filed December 28, 2021**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-01155-CV**

**IN RE WWLC INVESTMENT, LP F/K/A WLC INVESTMENT, LP, Relator**

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04856-2015**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Relator's December 28, 2021 petition for writ of mandamus and motion for emergency relief challenge the portion of the trial court's December 10, 2021 order requiring relator to pay $5,000 in sanctions to a non-party. Entitlement to mandamus relief requires relator to show that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

As the party seeking relief, relator has the burden of providing the Court with a properly authenticated mandamus record establishing the right to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *In re Butler*, 270 S.W.3d 757, 759 (Tex. App.—Dallas 2008, orig. proceeding) (requiring relator to submit certified or sworn record).

Further, "[a] court cannot grant mandamus relief unless the error was raised in the trial court." *In re Rowes*, No. 05-14-00606-CV, 2014 WL 2452723, at *1 (Tex. App.—Dallas May 30, 2014, orig. proceeding) (mem. op.). Based on the record before us, we conclude relator has not shown its entitlement to the relief requested. Accordingly, we deny the petition for writ of mandamus, and deny the motion for emergency relief as moot.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

211155F.P05